IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| GLENN R. TOWERY, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | 1:26-CV-905-RP |
| | § | |
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Defendant. | § | |

**ORDER**

Before the Court is the report and recommendation of United States Magistrate Judge Mark Lane, (R. & R., Dkt. 70), concerning Defendant United States of America's Motions to Dismiss, (Mot., Dkt. 7). Plaintiff Glenn Towery ("Plaintiff") timely filed an objection to the report and recommendation, (Obj., Dkt. 71), and the United States filed a Response in Support of Report and Recommendation, (Resp. in Support of R&R, Dkt. 72).

A party may serve and file specific, written objections to a magistrate judge's findings and recommendations within fourteen days after being served with a copy of the report and recommendation and, in doing so, secure *de novo* review by the district court. 28 U.S.C. § 636(b)(1)(C). Because Plaintiff timely objected to the report and recommendation, the Court reviews the report and recommendation *de novo*. Having done so and for the reasons given in the report and recommendation, the Court overrules Plaintiff's objections and adopts the report and recommendation as its own order.

Accordingly, the Court **ORDERS** that the report and recommendation of United States Magistrate Judge Mark Lane, (Dkt. 70), is **ADOPTED**.

**IT IS FURTHER ORDERED** that the United States of America's Motion to Dismiss, (Dkt. 7), is **GRANTED**. Plaintiff's claims against the United States are **DISMISSED** without prejudice.

**SIGNED** on November 9, 2026.



ROBERT PITMAN
UNITED STATES DISTRICT JUDGE